AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

Erika Manzo

WARRANT FOR ARREST

CR 07-645 MMC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Erika Manzo

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin,possession with intent to distribute and distribution of heroin

in violation of Title __See above__  United States Code, Section(s) __



Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

San Francisco 10/11/07
Date and Location

Bail fixed at $ no bail  by  Edward Chen, U.S. Magistrate Judge
Name of Judicial Officer

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at _OAKLAND, CA_ |||
|---|---|---|
| Date received  10/12/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest  10/24/07 | CARL BONNEL, DEA | /s/ CARL BONNEL |