1 | SCOTT N. SCHOOLS (SCSBN 0999)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | BARBARA BRENNAN SILANO (MASSBAR 055540)
KIRSTIN M. AULT (CSBN 206052)

5 | Assistant United States Attorneys

6 | 450 Golden Gate Avenue
San Francisco, Ca. 94102

7 | Tel: (415) 436-7223

8 | Attorneys for Plaintiff

FILED

NOV 7 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,                )        No. CR- 07-0645 MMC
                                         )
                    Plaintiff,           )

14                                       )

15 | v.                                     )        [~~PROPOSED~~] SPEEDY TRIAL ORDER
                                         )
RONALD WILLIAMS , et al.,                )

16                                       )
                    Defendants.          )

17 _____)

18 | GOOD CAUSE APPEARING the Court finds this case complex under 18 U.S.C.

19 | §3161(h)(8)(A) and B(i)(ii). The case involves approximately twelve overlapping months of

20 | electronic surveillance on sixteen separate lines covering seven different subject's cellular

21 | telephones. Many of the conversations are in Spanish. The indictment contains allegations

22 | against twenty-three defendants covering criminal activity over approximately nineteen months

23 | in time. Over three thousand pages of discovery have been made available and compact discs

24 | containing hundreds of hours of conversations have been provided. The Court finds that the case

25 | is so unusual and complex, due to the number of defendants and the nature of the prosecution

26 | that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

27 | within the time limits established under Title 18 U.S.C. § 3161(h)(8)(A) and (B)(ii).

28 | The court finds specifically that the ends of justice are best served through the continuance

SPEEDY TRIAL ORDER                              1

1 | and the need for effective preparation and other reasons cited herein outweigh the best interest of

2 | the defendants and the public in a speedy trial.

3 |     Accordingly, IT IS HEREBY ORDERED that the time period between November 7, 2007

4 | and _January 16, 200_ is excluded from calculations pursuant to 18 U.S.C. §3161(h)(8)(A) and

5 | B(ii).

6 | DATED: November 7, 2007

7 |

8 |       HON. MAXINE M. CHESNEY
      UNITED STATES DISTRICT COURT JUDGE

SPEEDY TRIAL ORDER         2