IAN G. LOVESETH
Attorney at Law (CSBN 085780)
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-07-00645-MMC |
| | ) | |
| Plaintiff, | ) | **EX PARTE APPLICATION TO PERMIT DEFENDANTS IN CUSTODY TO REVIEW DISCOVERY ON MP3 MACHINES; PROPOSED ORDERS** |
| | ) | |
| RONALD WILLIAMS, et al, | ) | _____ |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to review discovery on an MP3 machine. This application is based on the files and records in this case and the accompanying declaration of counsel.

DATED: March 10, 2008
/s/ Ian Loveseth
IAN LOVESETH
Counsel for Defendant
SARAH A. ROPATI

1

# DECLARATION OF COUNSEL

I, Ian Loveseth, declare as follows:

1. I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al., CR. 07-00645-MMC;

2. I am also liaison CJA counsel in this case;

3. I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

4. The defendants in this case must listen to and review the discovery and the most efficient way to provide them with these calls in to put them on MP3s;

5. Accordingly, declarant requests that two Court orders be signed permitting defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery on MP3s.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed in San Francisco on March 10, 2008.

/s/ Ian Loveseth
IAN LOVESETH

2

1 | IAN G. LOVESETH (CSBN 085780)
Attorney at Law
2 | 819 Eddy Street
San Francisco, CA
3 | Tel: (415) 771-6174
Fax: (415) 474-3748
4 |
Attorney for Defendant
5 | SARAH A ROPATI

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8 | SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | No. CR-07-00645-MMC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT SANTA RITA JAIL |
| v. | ) | |
| RONALD WILLIAMS, et.al., | ) | The Honorable Maxine M. Chesney |
| Defendants. | ) | |

///

1 | Finding good cause shown, as discovery has been provided in digital audio format:

2 | IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3 | player in order to review audio discovery at Santa Rita Jail;

4 | BARRY LYNN SAMUEL,

5 | ELEAZOR MORA-ARCIGA,

6 | SALVADOR ORTEGA,

7 | ERIKA MANZO,

8 | JAVIER ULISES ZAMORA-HERNANDEZ,

9 | ALFREDO GONZALEZ GOVEA,

10 | CESAR RAMIREZ-CHAVIRA,

11 | MIGUEL RAMIREZ.

13 | IT IS SO ORDERED.

15 | Dated: _____

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA      )    No. CR-07-00645-MMC
10                               )
                                 )
11       Plaintiff,               )   [PROPOSED] ORDER PERMITTING
                                 )    DEFENDANTS TO USE MP3
12                               )    AUDIO PLAYERS TO REVIEW
                                 )    DISCOVERY AT GLENN DYER
13  v.                            )   DETENTION FACILITY
                                 )
14  RONALD WILLIAMS, et.al.,      )
                                 )    The Honorable Maxine M. Chesney
15                               )
         Defendants.              )
16  _____)

17

///

Proposed Order MP3 Player Glenn Dyer                                     1

1  Finding good cause shown, as discovery has been provided in digital audio format:

2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3  player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North

4  County);

5  RONALD WILLIAMS,

6  JOSE JUAN PENALOZA-HILARIO,

7  SAMUEL ARANDA,

8  MICHAEL JOSEPH SILVA,

9  RONALD LEE HINES,

10  JOSE ANTONIO CAMACHO-MENDEZ,

11  EDWARD LEROY MOORE.

12

13  IT IS SO ORDERED.

14

15  Dated: _____

16  _____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge