UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: JUL 1 6 2008

Case No. CR-07-0645-12 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: ERIKA MANZO *

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Kirstin Ault

ATTORNEY FOR DEFENDANT: Ethan Balogh

Deputy Clerk: TRACY LUCERO

Reporter: Joan Columbini

## PROCEEDINGS

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: PLEA AGREEMENT filed w/ the Court. Δ pled guilty to Count 8 of the INDICTMENT. Δ Admitted to Count 8 - the Amount Admitted on the Record is less than 100 grams & more than 80 grams.
* Spanish interpreter - Melinda Basker

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 10/8/08 @ 2:30 for Judgment & Sentencing
/ Gov't's motion to Dismiss Remaining Counts

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(35 min)